# UNITED STATES DISTRICT COURT

__Southern__ District of __Florida__

UNITED STATES OF AMERICA

vs.

Narseal Batiste, et al.,

Defendants.

_____/

**WARRANT FOR ARREST**

Case Number: 06-20373-CR-LENARD / KLEIN

FILED by _____ D.C.
MAG. SEC.
JUN 22 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **BURSON AUGUSTIN a/k/a "Brother B"**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with  (brief description of offense)
Conspiracy to provide material support to a foreign terrorist organization, Conspiracy to provide material support to terrorists, Conspiracy to destroy buildings by explosives, and Seditious conspiracy

in violation of ___18___ United States Code, Section(s) ___2339B, 2339A, 844(n), 2384___

Clarence Maddox                                 Court Administrator • Clerk of Court
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      06/22/06, Miami
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____                       by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  BURSON AUGUSTIN

ALIAS:  Brother B

LAST KNOWN RESIDENCE:  6262/6260 NW 15th Avenue, Miami, FL 33147

LAST KNOWN EMPLOYMENT:  Azteca Stucco and Masonary, Inc.

PLACE OF BIRTH:  Florida

DATE OF BIRTH:  12/18/84

SOCIAL SECURITY NUMBER:  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

HEIGHT:  5' 6"     WEIGHT:  150

SEX:  Male     RACE:  Black

HAIR:  Black     EYES:  Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:  Dreadlocks

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:  Red Ford Taurus, Florida Tag V26-MSA

INVESTIGATIVE AGENCY AND ADDRESS:  FBI, 16320 NW 2nd Avenue, 33169

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: Burson Augustin, a/k/a "Brother B"

PRE-TRIAL DETENTION

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
JACQUELINE ARANGO
ASSISTANT UNITED STATES ATTORNEY

Last Known Address:

What Facility:

Agent(s):  John Stewart, FBI
(FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (**OTHER**)