UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO.: <u>06-03-GRAHAM</u>

<u>FILED UNDER SEAL</u>

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE COMMUNICATIONS
OCCURRING ON A CELLULAR
TELEPHONE FACILITY BEARING ELECTRONIC
SERIAL NUMBER (ESN) 03310575789
WHICH IS CURRENTLY ASSIGNED TELEPHONE
NUMBER (786) 294-5990
_____/



FILED by _____ D.C.
APR 19 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

<u>ORDER TO SEAL RECORDINGS
AND POSTPONE INVENTORY</u>

Upon consideration of the Application of the United States of America by Assistant United States Attorney Jacqueline Arango, and upon a finding that disclosure of the subject electronic surveillance would interfere with an ongoing criminal investigation, and in accordance with Title 18 U.S.C. § 2518(8), it is hereby

**ORDERED**, that the two magneto-optical discs containing the original recordings of wire communications intercepted from February 16, 2006 through April 14, 2006, pursuant to the Orders of this Court dated February 17, 2006 and March 17, 2006, directed toward targets identified as Narseal BATISTE, Patrick Kathman ABRAHAM, Rotschild J. AUGUSTINE, Stanley Grant PHANOR, Septepinra M. MUHAMMED-EL, Naudimar HERRERA, Minerva VAZQUEZ-HERNANDEZ, Burson J. AUGUSTIN, Lloyd Corey BRYANT, George James GRAY, a/k/a Master ATHEEA, an individual known as Brother LEVI-EL Charles James STEWART, a/k/a Sultan A.M Khan Bey, in connection with offenses of (a) providing material support to terrorists and a

designated foreign terrorist organization, in violation of Title 18, United States Code, Sections 2339A and B; (b) attempting to destroy a building by an explosive, in violation of Title 18, United States Code, Section 844(f);© money laundering, in violation of Title 18, United States Code, Section 1956(a)(3); and (d) conspiring to commit these crimes, in violation of Title 18, United States Code, Section 371, occurring to and from a Metro PCS cellular telephone utilized by Narseal BATISTE bearing electronic serial number (ESN) 03310575789 currently assigned telephone number (786) 294-5990 shall be **SEALED**;

**IT IS FURTHER ORDERED** that the aforementioned discs shall be held in the custody of the Federal Bureau of Investigation for a period of ten years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction;

**IT IS FURTHER ORDERED** that the contents of said disc shall be disclosed only upon the Order of this Court or any other court of competent jurisdiction, except that disclosure may be made to law enforcement agencies pursuant to Title 18, United States Code, Section 2517;

**IT IS FURTHER ORDERED** that the notification requirements of Title 18, United States Code, Section 2518(8)(d) shall be postponed as to all persons intercepted during the subject electronic surveillance until further Order of this Court; and

**IT IS FURTHER ORDERED** that this Order and Application be **SEALED** until further order of this Court.

**DONE AND ORDERED** at Miami, Florida, this 19th day of April, 2006.

Time 4:00 P.M.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA