UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO. 06-03-GRAHAM



FILED by ___ D.C.

MAY 19 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE COMMUNICATIONS
OCCURRING ON A CELLULAR TELEPHONE
FACILITY BEARING ELECTRONIC SERIAL
NUMBER (ESN) 03310575789
WHICH IS CURRENTLY ASSIGNED TELEPHONE
NUMBER  (786) 294-5990
_____/

### ORDER TO SEAL RECORDINGS AND POSTPONE INVENTORY

Upon consideration of the Application of the United States of America by Assistant United States Attorney Jacqueline M. Arango, and upon a finding that disclosure of the subject electronic surveillance would interfere with an ongoing criminal investigation, and in accordance with Title 18 U.S.C. § 2518(8), it is hereby

**ORDERED**, that one magneto-optical disc containing the original recordings of wire communications intercepted from April 19, 2006, through May 19, 2006, pursuant to the Order of this Court dated April 19, 2006, to and from a cellular telephone utilized by Narseal BATISTE, cellular telephone assigned number (786) 294-5990, electronic serial number (ESN) 03310575789 subscribed to Mohammad Abdul Shahir, 1717 North Bayshore, Miami, Florida with service provided by Metro PCS (hereinafter "the target telephone"), directed toward targets identified as Narseal BATISTE, Patrick Kathman ABRAHAM, Minerva VAZQUEZ-HERNANDEZ a/k/a Minerva VASQUEZ-HERNANDEZ, Stanley Grant PHANOR, Septepinra M. MUHAMMED EL, Rotschild J. AUGUSTINE, Burson J. AUGUSTIN, Lloyd Corey BRYANT, Naudimar HERRERA, Brother LEVI, a/k/a Brother Levi-El," George James GRAY, a/k/a "Master Atheea," Charles James STEWART, also known as "Sultan Khan Bey," and others yet unknown, in connection with offenses

enumerated in Section 2516 of Title 18, United States Code, namely, (a) providing material support to a terrorist organization, in violation of Title 18, United States Code, Section 2339(A); (b) attempting to destroy a building by an explosive, in violation of Title 18, United States Code, Section 844; (c) money laundering, in violation of Title 18, United States Code, Section 1956(a)(3); and (d) conspiring to commit these crimes, in violation of Title 18, United States Code, Section 371, shall be **SEALED**;

**IT IS FURTHER ORDERED** that the aforementioned disc shall be held in the custody of the Clerk of Court for a period of ten years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction;

**IT IS FURTHER ORDERED** that the contents of said disc shall be disclosed only upon the Order of this Court or any other court of competent jurisdiction, except that disclosure may be made to law enforcement agencies pursuant to Title 18, United States Code, Section 2517;

**IT IS FURTHER ORDERED** that the notification requirements of Title 18, United States Code, Section 2518(8)(d) shall be postponed as to all persons intercepted during the subject electronic surveillance until further Order of this Court; and

**IT IS FURTHER ORDERED** that this Order and Application be **SEALED** until further order of this Court.

**DONE AND ORDERED** at Miami, Florida, this 19th day of May, 2006.

Time

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: AUSA Jacqueline Arango

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5.19.2006

5