Jun 15 07 09:44a

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MISC. NO. 06-03-GRAHAM

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE COMMUNICATIONS
OCCURRING ON A CELLULAR TELEPHONE
FACILITY BEARING ELECTRONIC SERIAL
NUMBER (ESN) 05508931573
WHICH IS CURRENTLY ASSIGNED TELEPHONE
NUMBER  (786) 222-8351



FILED by _____ D.C.

MAY 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER TO SEAL RECORDINGS
### AND POSTPONE INVENTORY

Upon consideration of the Application of the United States of America by Assistant United States Attorney Jacqueline M. Arango, and upon a finding that disclosure of the subject electronic surveillance would interfere with an ongoing criminal investigation, and in accordance with Title 18 U.S.C. § 2518(8),  it is hereby

ORDERED, that one magneto-optical disc containing the original recordings of wire communications intercepted from March 2, 2006, through May 27, 2006, pursuant to the Orders of this Court dated March 2, 2006, March 30, 2006, and April 28, 2006, to and from a cellular telephone utilized by Narseal BATISTE, cellular telephone assigned number  (786) 222-8351, electronic serial number (ESN) 05508931573 subscribed to Narseal Batiste, 433 Northeast 139th Street, Miami, Florida 33161-3108 with service provided by  Metro PCS (hereinafter "the target telephone"), directed toward targets identified as Narseal BATISTE,  Minerva VAZQUEZ-HERNANDEZ, also known as Minerva VASQUEZ-HERNANDEZ, Patrick Kathman ABRAHAM, Rotschild J. AUGUSTINE, Stanley Grant PHANOR, Jimmie MORENCY, Septepinra M MUHAMMED EL, Antonio Maurice TAYLOR, Hylarion FELIX (March 31) Burson J AUGUSTIN, Lloyd Corey BRYANT, Naudimar HERRERA, Brother LEVI, also known as "Brother Levi-El",



315N-MM- 106989 -EUA1-104

George James GRAY, also known as "Master ATHEEA", Charles James Stewart, also known as "Sultan Khan BEY", and others yet unknown in connection with offenses enumerated in Section 2516 of Title 18, United States Code, namely, (a) providing material support to a terrorist organization, in violation of Title 18, United States Code, Section 2339(A); (b) attempting to destroy a building by an explosive, in violation of Title 18, United States Code, Section 844;(c) money laundering, in violation of Title 18, United States Code, Section 1956(a)(3); and (d) conspiring to commit these crimes, in violation of Title 18, United States Code, Section 371, shall be **SEALED**;

IT IS FURTHER ORDERED that the aforementioned disc shall be held in the custody of the Clerk of Court for a period of ten years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction;

IT IS FURTHER ORDERED that the contents of said disc shall be disclosed only upon the Order of this Court or any other court of competent jurisdiction, except that disclosure may be made to law enforcement agencies pursuant to Title 18, United States Code, Section 2517;

IT IS FURTHER ORDERED that the notification requirements of Title 18, United States Code, Section 2518(8)(d) shall be postponed as to all persons intercepted during the subject electronic surveillance until further Order of this Court; and

IT IS FURTHER ORDERED that this Order and Application be **SEALED** until further order of this Court.

DONE AND ORDERED at Miami, Florida, this 30th day of May, 2006.

Time 3:52 P.M.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Certified to be a
correct copy of the docu....
Clarence Maddox....
U.S. District C....
Southern District of Florida
By........
Date 5-30-06
Deputy Clerk

Jun 15 07 09:44a

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MISC. NO. 06-03-GRAHAM

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE COMMUNICATIONS
OCCURRING ON A CELLULAR TELEPHONE
FACILITY BEARING ELECTRONIC SERIAL
NUMBER (ESN) 05508931573
WHICH IS CURRENTLY ASSIGNED TELEPHONE
NUMBER (786) 222-8351



FILED by _____ D.C.

MAY 3 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

## APPLICATION TO SEAL TAPE RECORDINGS
## AND POSTPONE INVENTORY

The United States of America hereby moves for an Order pursuant to Title 18, United States

Code, Section 2518(8):

(a)     Sealing one magneto-optical disc which holds the original recordings of wire

communications intercepted from March 2, 2006, through May 27, 2006, pursuant to the Orders of

this Court dated March 2, 2006, March 31, 2006, and April 28, 2006, to and from a cellular

telephone utilized by Narseal BATISTE, cellular telephone assigned number (786) 222-8351,

electronic serial number (ESN) 05508931573 subscribed to Narseal Batiste, 433 Northeast 139th

Street, Miami, Florida 33161-3108 with service provided by Metro PCS (hereinafter "the target

telephone"). Said Orders were directed toward targets identified as Narseal BATISTE, Minerva

VAZQUEZ-HERNANDEZ, also known as Minerva VASQUEZ-HERNANDEZ, Patrick Kathman

ABRAHAM, Rotschild J. AUGUSTINE, Stanley Grant PHANOR, Jimmie MORENCY, Septepinra

M MUHAMMED EL, Antonio Maurice TAYLOR, Hylarion FELIX, Burson J AUGUSTIN, Lloyd

Corey BRYANT, Naudimar HERRERA, Brother LEVI, also known as "Brother Levi-El", George

315N-mm- 106989-FRAL-103

James GRAY, also known as "Master ATHEEA", Charles James Stewart, also known as "Sultan Khan BEY", and others yet unknown, in connection with offenses enumerated in Section 2516 of Title 18, United States Code, namely, (a) providing material support to a terrorist organization, in violation of Title 18, United States Code, Section 2339(A); (b) attempting to destroy a building by an explosive, in violation of Title 18, United States Code, Section 844;(c) money laundering, in violation of Title 18, United States Code, Section 1956(a)(3); and (d) conspiring to commit these crimes, in violation of Title 18, United States Code, Section 371.

(b) . Directing that the aforementioned recordings be held in the custody of the Clerk of Court for a period of ten years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction.

(c)  Directing that the contents of said recording be disclosed only upon the Order of this Court or any other court of competent jurisdiction, except that disclosures may be made in accordance with Title 18, United States Code, Section 2517.

(d)  Postponing the notification requirements of Title 18, United States Code, Section 2518(8)(d) as to all persons intercepted during the subject electronic surveillance until further Order of this Court.

(e)  Directing that this Order and Application be sealed until further Order of this Court.

In support of this Application, the United States of America asserts the following:

1.  On March 2, 2006, the undersigned applied for an Order from this Court authorizing the interception of the above-described oral communications. The requested Order was entered on March 2, 2006, and authorized interception for period of thirty days. On March 31, 2006, the Honorable Marcia G. Cooke signed an Order on behalf of this Court granting an extension of this

2

authorization for an additional thirty days, pursuant to the application of the United States dated March 31, 2006, and on April 28, 2006, this Court entered an Order granting a second extension of this authorization for an additional thirty days, pursuant to the application of the United States dated April 28, 2006.

2.      Interception of wire communications pursuant to the aforementioned Orders began on March 2, 2006, and continued until May 27, 2006.  The recordings made pursuant to the Court's Orders have been maintained at all times in a safe and secure manner.

3.    The investigation of the named targets, as well as others believed to be associated with them, is continuing.  Evidence obtained through the interceptions and by other means has indicated the involvement of other persons whose identities and roles have not been fully determined, and who are not currently aware of the nature or scope of the government's investigation. Accordingly, notification to the persons whose conversations were intercepted would alert the subjects to the existence and extent of the investigation and compromise that investigation.

WHEREFORE, the United States moves for Order granting this Application to seal the recordings pursuant to the statute and to postpone the inventory.

Respectfully submitted,

ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:

JACQUELINE ARANGO
(Assistant United States Attorney
Florida Bar No. 664162
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone No. (305) 961-9292

3