UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO. 06-03-GRAHAM

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE COMMUNICATIONS
OCCURRING ON A CELLULAR TELEPHONE
FACILITY BEARING ELECTRONIC SERIAL
NUMBER (ESN) 05508931573
WHICH IS CURRENTLY ASSIGNED TELEPHONE
NUMBER (786) 222-8351
_____/



FILED by _____ D.C.
JUN 29 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SEAL RECORDINGS AND POSTPONE INVENTORY

Upon consideration of the Application of the United States of America by Assistant United States Attorney Jacqueline M. Arango, and upon a finding that disclosure of the subject electronic surveillance would interfere with an ongoing criminal investigation, and in accordance with Title 18 U.S.C. § 2518(8), it is hereby

**ORDERED**, that one magneto-optical disc containing the original recordings of wire communications intercepted from May 30, 2006, through June 23, 2006, to and from a cellular telephone utilized by Narseal BATISTE, cellular telephone assigned number (786) 222-8351, electronic serial number (ESN) 05508931573 subscribed to Narseal Batiste, 433 Northeast 139th Street, Miami, Florida 33161-3108 with service provided by Metro PCS (hereinafter "the target telephone"), directed toward targets identified as Narseal BATISTE, Patrick Kathman ABRAHAM, Rotschild J. AUGUSTINE, Stanley Grant PHANOR, Septepinra M. MUHAMMED-EL, Burson J. AUGUSTIN, Minerva VAZQUEZ-HERNANDEZ, Lloyd Corey BRYANT, Naudimar HERRERA, George James Gray, a/k/a Master ATHEEA, Lyglenson LEMORIN also known as (aka) Brother LEVI, Charles James STEWART, a/k/a Sultan A.M. Khan Bey, and others yet unknown, in connection with offenses enumerated in Section 2516 of Title 18, United States Code, namely, (a)

providing material support to a terrorist organization, in violation of Title 18, United States Code, Section 2339(A); (b) attempting to destroy a building by an explosive, in violation of Title 18, United States Code, Section 844;(c) money laundering, in violation of Title 18, United States Code, Section 1956(a)(3); and (d) conspiring to commit these crimes, in violation of Title 18, United States Code, Section 371, shall be **SEALED**;

**IT IS FURTHER ORDERED** that the aforementioned disc shall be held in the custody of the Clerk of Court for a period of ten years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction;

**IT IS FURTHER ORDERED** that the contents of said disc shall be disclosed only upon the Order of this Court or any other court of competent jurisdiction, except that disclosure may be made to law enforcement agencies pursuant to Title 18, United States Code, Section 2517;

**IT IS FURTHER ORDERED** that the notification requirements of Title 18, United States Code, Section 2518(8)(d) shall be postponed for a period not to exceed ninety days as to all persons intercepted during the subject electronic surveillance until further Order of this Court; and

**IT IS FURTHER ORDERED** that this Order and Application be **SEALED** until further order of this Court.

**DONE AND ORDERED** at Miami, Florida, this 29th day of June, 2006.

Time

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

cc: AUSA Jacqueline Arango

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO. 06-03-GRAHAM

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
INTERCEPTION OF WIRE COMMUNICATIONS
OCCURRING ON A CELLULAR TELEPHONE
FACILITY BEARING ELECTRONIC SERIAL
NUMBER (ESN) 05508931573
WHICH IS CURRENTLY ASSIGNED TELEPHONE
NUMBER (786) 222-8351
_____/



FILED by ___ D.C.
JUN 29 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## APPLICATION TO SEAL TAPE RECORDINGS AND POSTPONE INVENTORY

The United States of America hereby moves for an Order pursuant to Title 18, United States Code, Section 2518(8):

(a)     Sealing one magneto-optical disc which holds the original recordings of wire communications intercepted from May 30, 2006, through June 23, 2006, pursuant to the Order of this Court dated May 30, 2006, to and from a cellular telephone utilized by Narseal BATISTE, cellular telephone assigned number (786) 222-8351, electronic serial number (ESN) 05508931573 subscribed to Narseal Batiste, 433 Northeast 139th Street, Miami, Florida 33161-3108 with service provided by Metro PCS (hereinafter "the target telephone")Said Order was directed toward targets identified as Narseal BATISTE, Patrick Kathman ABRAHAM, Rotschild J. AUGUSTINE, Stanley Grant PHANOR, Septepinra M. MUHAMMED-EL, Burson J. AUGUSTIN, Minerva VAZQUEZ-HERNANDEZ, Lloyd Corey BRYANT, Naudimar HERRERA, George James Gray, a/k/a Master ATHEEA, Lyglenson LEMORIN also known as (aka) Brother LEV,ICharles James STEWART, a/k/a Sultan A.M. Khan Bey, and others yet unknown, in connection with offenses enumerated in

Section 2516 of Title 18, United States Code, namely, (a) providing material support to a terrorist organization, in violation of Title 18, United States Code, Section 2339(A); (b) attempting to destroy a building by an explosive, in violation of Title 18, United States Code, Section 844;(c) money laundering, in violation of Title 18, United States Code, Section 1956(a)(3); and (d) conspiring to commit these crimes, in violation of Title 18, United States Code, Section 371.

 (b) Directing that the aforementioned recordings be held in the custody of the Clerk of Court for a period of ten years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction.

 (c) Directing that the contents of said recording be disclosed only upon the Order of this Court or any other court of competent jurisdiction, except that disclosures may be made in accordance with Title 18, United States Code, Section 2517.

 (d) Postponing the notification requirements of Title 18, United States Code, Section 2518(8)(d) as to all persons intercepted during the subject electronic surveillance until further Order of this Court.

 (e) Directing that this Order and Application be sealed until further Order of this Court.

In support of this Application, the United States of America asserts the following:

 1. On May 30, 2006, the undersigned applied for an Order from this Court authorizing the interception of the above-described oral communications. The requested Order was entered on May 30, 2006, and authorized interception for period of thirty days.

 2. Interception of wire communications pursuant to the aforementioned Order began on May 30, 2006, and continued until June 23, 2006. The recordings made pursuant to the Court's Order have been maintained at all times in a safe and secure manner.

3. Several of the named targets were indicted on June 22, 2006, have been arrested, and are in custody. However, evidence obtained through the interceptions and by other means has indicated the possible involvement of other persons whose identities and roles have not been fully determined, and who are not currently aware of the nature or scope of the government's investigation. Accordingly, notification to the persons whose conversations were intercepted would alert such individuals to the existence and extent of the investigation and compromise that continuing investigation.

**WHEREFORE**, the United States moves for Order granting this Application to seal the recordings pursuant to the statute and to postpone the inventory.

Respectfully submitted,

ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
JACQUELINE ARANGO
Assistant United States Attorney
Florida Bar No. 664162
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone No. (305) 961-9292

3