UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO. 06-03-GRAHAM

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A COURT ORDER AUTHORIZING THE
INTERCEPTION OF ORAL COMMUNICATIONS
OCCURRING AT 6300 NORTHEAST 4th COURT,
MIAMI, FLORIDA
_____/



FILED by _____ D.C.
MAY 30 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER TO SEAL RECORDINGS AND POSTPONE INVENTORY

Upon consideration of the Application of the United States of America by Assistant United States Attorney Jacqueline M. Arango, and upon a finding that disclosure of the subject electronic surveillance would interfere with an ongoing criminal investigation, and in accordance with Title 18 U.S.C. § 2518(8), it is hereby

**ORDERED**, that two magneto-optical disc containing the original recordings of oral communications intercepted from April 1, 2006, through May 25, 2006, pursuant to the Orders of this Court dated March 30, 2006, and April 28, 2006, occurring within the premises located at 6300 Northeast 4th Court, Miami, Florida, directed toward targets identified as Narseal BATISTE, Patrick Kathman ABRAHAM, Rotschild J. AUGUSTINE, Stanley Grant PHANOR, Septepinra M. MUHAMMED-EL, Burson J. AUGUSTIN, Minerva VAZQUEZ-HERNANDEZ, Lloyd Corey BRYANT, Naudimar HERRERA, George James Gray, a/k/a Master ATHEEA, an individual known as Brother LEVI, a/k/a Brother LEVI-EL, Charles James STEWART, a/k/a Sultan A.M. Khan Bey, and others yet unknown, in connection with offenses enumerated in Section 2516 of Title 18, United States Code, namely, (a) providing material support to a terrorist organization, in violation of Title 18, United States Code, Section 2339(A); (b) attempting to destroy a building by an explosive, in violation of Title 18, United States Code, Section 844;(c) money laundering, in violation of Title 18,

United States Code, Section 1956(a)(3); and (d) conspiring to commit these crimes, in violation of Title 18, United States Code, Section 371, shall be **SEALED**;

**IT IS FURTHER ORDERED** that the aforementioned disc shall be held in the custody of the Clerk of Court for a period of ten years from the date of this Order in a manner so as to prevent editing, alteration and/or destruction;

**IT IS FURTHER ORDERED** that the contents of said disc shall be disclosed only upon the Order of this Court or any other court of competent jurisdiction, except that disclosure may be made to law enforcement agencies pursuant to Title 18, United States Code, Section 2517;

**IT IS FURTHER ORDERED** that the notification requirements of Title 18, United States Code, Section 2518(8)(d) shall be postponed as to all persons intercepted during the subject electronic surveillance until further Order of this Court; and

**IT IS FURTHER ORDERED** that this Order and Application be **SEALED** until further order of this Court.

**DONE AND ORDERED** at Miami, Florida, this 30th day of May, 2006.

Time
3:50 p.m.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Certified to be a true and correct copy of the document on file
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 5-30-06

cc: AUSA Jacqueline Arango